**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Ricky Tate, Appellant.

Appellate Case No. 2011-196770

————————————

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

————————————

Unpublished Opinion No. 2013-UP-391
Submitted September 1, 2013 – Filed October 16, 2013

————————————

**APPEAL DISMISSED**

————————————

Appellate Defender Dayne C. Phillips, of Columbia; and
Ricky Tate, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

————————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.